**TEICH GROH**
691 State Highway No. 33
Trenton, New Jersey 08619
Phone: (609) 890-1500
Attorneys for Debtor(s)
ALLEN I. GORSKI, ESQUIRE

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In re:

Jose C. Espinosa,

Debtor(s).

Chapter 7

Case No.: 12-13917/DHS

## AMENDMENT TO SCHEDULE A

Please specify the Schedule(s) to be amended:

Schedule A  -  Real Property
Schedule B  -  Personal Property
Schedule C  -  Property Claimed as Exempt

Schedules __A__ previously filed, are hereby amended as follows:

To add the following real property, personal property and/or property claimed as exempt:

| Description of Property: | Exemption Law: | Value Claimed and/or Exemption: |
|---|---|---|
| 500 N. Union Ave. Cranford, NJ 07016 | 11 USC 522(d)(5) | $100.00 – 500 N. Union Ave. |
| 34 Reid Street Elizabeth, NJ | 11 USC 522(d)(5) | $100.00 – 34 Reid Street |

Debtor owns ½ interest
$680,000.00 & $152,000.00

**I HEREBY CERTIFY** under penalty that the above information is correct.

Dated: __3/30/12__    Debtor's signature: __/s/ Jose C. Espinosa__
JOSE C. ESPINOSA

**TEICH GROH**
691 State Highway No. 33
Trenton, New Jersey 08619
Phone: (609) 890-1500
Attorneys for Debtor(s)
ALLEN I. GORSKI, ESQUIRE

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:

Jose C. Espinosa

Debtor(s).

Chapter 11

Case No.: 12-13917/DHS

**VERIFIED STATEMENT OF CHANGES**

I, **JOSE C. ESPINOSA**, Debtor in the above captioned matter, hereby verify that the attached **Amended Schedule A** is true and correct to be added to the Chapter 7 petition filed by said debtor.

Dated:  3/30/12    Debtor's signature: */s/ Jose C. Espinosa*
                                                                JOSE C. ESPINOSA