**TEICH GROH**
691 State Highway No. 33
Trenton, New Jersey 08619
Phone: (609) 890-1500
Attorneys for Debtor(s)
ALLEN I. GORSKI, Esquire

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:

Jose C. Espinosa,

Debtor(s).

Chapter 7

Case No.: 12-13917-DHS

## AMENDMENT TO SCHEDULE B and C

Please specify the Schedule(s) to be amended:

Schedule A  -   Real Property
Schedule B  -   Personal Property
Schedule C  -   Property Claimed as Exempt

Schedules __B and C__ previously filed, are hereby amended as follows:

To add the following real property, personal property and/or property claimed as exempt:

| Description of Property: | Exemption Law: | Value Claimed and/or Exemption: |
|---|---|---|
| Cash surrender life Insurance policy with CSV $15,034.27 as of December 3, 2011 | 11 USC 522(d)(8) | $11,525.00 |
| | 11 USC 522(d)(5) | $3,509.27 |

**I HEREBY CERTIFY** under penalty that the above information is correct.

Dated: __3/30/12__      Debtor's signature: ___/s/ Jose C. Espinosa___
                                                JOSE C. ESPINOSA

TEICH GROH
691 State Highway No. 33
Trenton, New Jersey 08619
Phone: (609) 890-1500
Attorneys for Debtor(s)
ALLEN I. GORSKI, Esquire

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In re:

Jose C. Espinosa

Debtor(s).

Chapter 11

Case No.: 12-13917-DHS

### VERIFIED STATEMENT OF CHANGES

I, JOSE C. ESPINOSA, Debtor in the above captioned matter, hereby verify that the attached **Amended Schedule B and C** is true and correct to be added to the Chapter 7 petition filed by said debtor.

Dated:_____3/30/12_____    Debtor's signature:_____/s/ Jose C. Espinosa_____
                                                    JOSE C. ESPINOSA