TEICH GROH
691 State Highway No. 33
Trenton, New Jersey 08619
Phone: (609) 890-1500
Attorneys for Debtor(s)
ALLEN I. GORSKI, Esquire

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:

Jose C. Espinosa,

Debtor(s).

Chapter 7

Case No.: 12-13917-DHS

AMENDMENT TO SCHEDULE C

Please specify the Schedule(s) to be amended:

Schedule A  -   Real Property
Schedule B  -   Personal Property
Schedule C  -   Property Claimed as Exempt

Schedules __C__ previously filed, are hereby amended as follows:

To add the following real property, personal property and/or property claimed as exempt:

| Description of Property: | Exemption Law: | Value Claimed and/or Exemption: |
|---|---|---|
| Pecaso Lighting, Inc. | 11 USC 522(d)(5) | $100.00 |
| Pecaso Realty, LLC | 11 USC 522(d)(5) | $100.00 |
| Lights On Broadway | 11 USC 522(d)(5) | $100.00 |
| Pecaso Wenhang Group, LLC | 11 USC 522(d)(5) | $100.00 |
| The Lighting Factory, LLC | 11 USC 522(d)(5) | $100.00 |

**I HEREBY CERTIFY** under penalty that the above information is correct.

Dated:    3/30/12           Debtor's signature:    /s/ Jose C. Espinosa
                                                   JOSE C. ESPINOSA

TEICH GROH
691 State Highway No. 33
Trenton, New Jersey 08619
Phone: (609) 890-1500
Attorneys for Debtor(s)
ALLEN I. GORSKI, Esquire

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                              Chapter 11

Jose C. Espinosa
                                                    Case No.: 12-13917-DHS
         Debtor(s).

VERIFIED STATEMENT OF CHANGES

I, **JOSE C. ESPINOSA**, Debtor in the above captioned matter, hereby verify that the attached **Amended Schedule C** is true and correct to be added to the Chapter 7 petition filed by said debtor.

Dated:   3/30/12            Debtor's signature:   /s/ Jose C. Espinosa
                                                  JOSE C. ESPINOSA