TEICH GROH
691 State Highway No. 33
Trenton, New Jersey 08619
Phone: (609) 890-1500
Attorneys for Debtor(s)
ALLEN I. GORSKI, Esquire

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:

JOSE ESPINOSA,

Debtor(s).

Chapter 7

Case No.: 12-13917-DHS

AMENDMENT TO SCHEDULE B

Please specify the Schedule(s) to be amended:

Schedule A  -   Real Property
Schedule B  -   Personal Property
Schedule C  -   Property Claimed as Exempt

Schedules __B__ previously filed, are hereby amended as follows:

To add the following real property, personal property and/or property claimed as exempt:

| Description of Property: | Exemption Law: | Value Claimed and/or Exemption: |
|---|---|---|
| One-Half interest in 1997 Cruser Cabin Fiberglass 30 foot boat (co-owned with Shem T. Shlomo) | | $12,500.00 |

I HEREBY CERTIFY under penalty that the above information is correct.

Dated: June ___, 2012     Debtor's signature: _____
                                                JOSE ESPINOSA

TEICH GROH
691 State Highway No. 33
Trenton, New Jersey 08619
Phone: (609) 890-1500
Attorneys for Debtor(s)
ALLEN I. GORSKI, Esquire (AG6588)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:

JOSE ESPINOSA,

Debtor(s).

Chapter 7

Case No.: 12-13917-DHS

VERIFIED STATEMENT OF CHANGES

I, **JOSE ESPINOSA**, Debtor in the above captioned matter, hereby verify that the attached **Amended Schedule B** is true and correct to be added to the Chapter 7 petition filed by said debtor.

Dated: June____, 2012        Debtor's signature:_____
                                            JOSE ESPINOSA