B6D (Official Form 6D) (12/07)

In re    **Jose C. Espinosa**                                                     Case No. ____**12-13917**_____

_____,
Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. | | | | | Automobile Loan | | | | | |
| American Honda Finance P.O. Box 7829 Philadelphia, PA 19101-7829 | | | | - | 2009 Honda Accord | | | | | |
| | | | | | Value $          13,000.00 | | | | 8,000.00 | 0.00 |
| Account No. | | | | | Lien | | | | | |
| Bank of America Auto Finance Post Office Box 41368 Jacksonville, FL 32203 | | | | - | 1997 Cruser Cabin Boat | | | | | |
| | | | | | Value $          25,000.00 | | | | 24,551.24 | 0.00 |
| Account No. | | | | | First Mortgage | | | | | |
| PNC Bank B6-YM07-01-9 PO Box 3110 Dayton, OH 45401-3110 | X | | | - | 500 North Union Ave Cranford, NJ 07016 | | | | | |
| | | | | | Value $          340,000.00 | | | | 201,000.00 | 0.00 |
| Account No. | | | | | First Mortgage | | | | | |
| PNC Bank B6-YM07-01-9 PO Box 3110 Dayton, OH 45401-3110 | X | | | - | 34 Reid Street Elizabeth, NJ | | | | | |
| | | | | | Value $          62,500.00 | | | | 109,000.00 | 46,500.00 |
| __1__  continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 342,551.24 | 46,500.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re    Jose C. Espinosa                                                                    Case No. ____12-13917____
_____
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Sovereign Bank<br>P.O. Box 12646<br>Reading, PA 19612 | X | - | Second Mortgage<br><br>500 North Union Ave<br>Cranford, NJ 07016<br><br>Value $          340,000.00 | | | | 560,000.00 | 421,000.00 |
| Account No.<br><br><br><br><br> | | | <br><br><br><br>Value $ | | | | | |
| Account No.<br><br><br><br><br> | | | <br><br><br><br>Value $ | | | | | |
| Account No.<br><br><br><br><br> | | | <br><br><br><br>Value $ | | | | | |
| Account No.<br><br><br><br><br> | | | <br><br><br><br>Value $ | | | | | |

Sheet _1__ of _1___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal<br>(Total of this page) | 560,000.00 | 421,000.00 |
|---|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | 902,551.24 | 467,500.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of New Jersey

In re  Jose C. Espinosa _____     Case No.   **12-13917** _____

_____ Debtor(s)     Chapter     **7** _____

## AMENDED DECLARATION CONCERNING DEBTOR'S  SCHEDULE D

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **2** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____     Signature _____

Jose C. Espinosa
Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.