B6D (Official Form 6D) (12/07)

In re    Jose C. Espinosa                                                                  Case No.    12-13917
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>American Honda Finance<br>P.O. Box 7829<br>Philadelphia, PA 19101-7829 | | - | Automobile Loan<br><br>2009 Honda Accord<br><br>Value $ 13,000.00 | | | | 8,000.00 | 0.00 |
| Account No.<br><br>Bank of America Auto Finance<br>Post Office Box 41368<br>Jacksonville, FL 32203 | | - | Lien<br><br>1997 Cruser Cabin Boat<br><br>Value $ 25,000.00 | | | | 24,551.24 | 0.00 |
| Account No.<br><br>PNC Bank<br>B6-YM07-01-9<br>PO Box 3110<br>Dayton, OH 45401-3110 | X | - | First Mortgage<br><br>500 North Union Ave<br>Cranford, NJ 07016<br><br>Value $ 340,000.00 | | | | 201,000.00 | 0.00 |
| Account No.<br><br>PNC Bank<br>B6-YM07-01-9<br>PO Box 3110<br>Dayton, OH 45401-3110 | X | - | First Mortgage<br><br>34 Reid Street<br>Elizabeth, NJ<br><br>Value $ 62,500.00 | | | | 109,000.00 | 46,500.00 |
| _1_ continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 342,551.24 | 46,500.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re  Jose C. Espinosa,
                  Debtor

Case No. __12-13917__

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Sovereign Bank<br>P.O. Box 12646<br>Reading, PA 19612 | X | - | Second Mortgage<br><br>500 North Union Ave<br>Cranford, NJ 07016<br><br>Value $ 340,000.00 | | | | 560,000.00 | 421,000.00 |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |

Sheet  1  of  1   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 560,000.00 | 421,000.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 902,551.24 | 467,500.00 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of New Jersey

In re: Jose C. Espinosa  
Debtor(s)

Case No. 12-13917  
Chapter 7

## AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULE D

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __2__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __7-1-2012__          Signature __/s/ Jose C. Espinosa__  
                                    Jose C. Espinosa  
                                    Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.