UNITED BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

TO: JAMES J. WALDRON, CLERK

---------------------------------------------------------X
In re:                                                                                  :
                                                                                               :
JOSE C. ESPINOSA                                              :         CASE NO. 12-13917(DHS)
                                                                                               :
                                    Debtor..                              :         Chapter 7
                                                                                               :
---------------------------------------------------------X
NANCY ISAACSON, CHAPTER 7                          :
TRUSTEE,                                                                       :
                                                                                               :
                      Plaintiff,                                              :
       v.                                                                             :         ADV. PROC. NO. 12-1886(DHS)
                                                                                               :
KENIA ESPINOSA                                                     :
                                                                                               :
                      Defendant.                                          :
                                                                                               :
                                                                                               :
---------------------------------------------------------X
CHAPTER 7

INFORMATION FOR NOTICE OF SETTLEMENT OF CONTROVERSY

      Nancy Isaacson, Chapter 7 Trustee proposes to settle a claim and or action the nature of which is described below.
      If any creditor or other party in interest has an objection to the settlement, the objection and request for a hearing on such objection shall be in writing, served upon the person named below and filed with the Clerk of the United States Bankruptcy Court.
      Such objection and request shall be filed with the Clerk and served upon the person named below no later than (date to be fixed by the Court).
      In the event an objection is timely filed a hearing thereon will be held on (date and location will be supplied by the Court).
      If no objection is filed with the Clerk and served upon the person named below on or before twenty days from the date of this notice, the settlement will be consummated as proposed on or after twenty-five days from the date of this notice.

1440774.01

The nature of the action and the terms of the settlement are as follows:

| NATURE OF ACTION | PERTINENT TERMS OF THE SETTLEMENT |
|---|---|
| Nancy Isaacson, Chapter 7 Trustee, filed this adversary proceeding against Defendant Kenia Espinosa pursuant to 11 U.S.C.§548 to avoid a certain alleged fraudlent transfer by the Debtor Jose C. Espinosa, to Defendant. | Defendant Kenia Espinosa shall pay $10,0000.00 to the Trustee on or before January 31, 2012.  Trustee will hold these funds in escrow pending the filing of a Certificaiton of No Objection to this settlement, or, in the event of an objection to the settlement, pending Court approval of the settlement.  Upon the filing of a Certification of No Objection, or upon Court approval of the settlement in the event of an objection, the adversary proceeding shall be voluntarily dismissed by the Trustee, with prejudice and Trustee will provide a General Release to the Defendant and to Defendant's business entity PTY Lighting, LLC. |

Request for additional information about the nature of the action or the terms of the settlement should be directed to:

NAME:             Thomas A. Waldman, Esq., Attorney for Trustee

ADDRESS:       Greenbaum, Rowe, Smith & Davis, LLP

75 Livingston Ave., Suite 301

Roseland,  NJ 07068-3701

TELEPHONE:    (973) 535-1600

SUBMITTED BY: /s/ Thomas A. Waldman           POSITION: Attorney for Trustee

DATED: November 28, 2012                                    PHONE:(973) 535-1600

1440774.01