## Barry Frost

| | |
|---|---|
| **From:** | USBankruptcyCourts@noticingcenter.com |
| **Sent:** | Saturday, December 01, 2012 11:11 AM |
| **To:** | Barry Frost |
| **Subject:** | U.S. Bankruptcy Court, District of New Jersey - Undeliverable Notice, In re: Jose C. Espinosa, Case Number: 12-13917, DHS, Ref: [p-46957012] |
| **Attachments:** | B_P212139171610262.PDF |

**TO THE DEBTOR/DEBTOR'S ATTORNEY:**

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) list each updated address below; 3) sign and date the form; and 4) file this form with the court.

---

**UNDELIVERABLE ADDRESS:** DSA Publishing & Design Inc., 6900 Edge Water Drive, McKinney, TX 75070
**Reason Undeliverable:** Forwarding address with USPS: 1303 RANCHO VISTA DR, MCKINNEY TX 75070-5486 Forwarding order has expired.
**THE UPDATED ADDRESS PROVIDED IS:**

1303 Rancho Vista Dr. McKinney TX 75070-5486

**UNDELIVERABLE ADDRESS:** Eglo USA Inc, 3560 NW 72nd Ave, Miami, FL 33122
**Reason Undeliverable:** Forwarding order has expired.
**THE UPDATED ADDRESS PROVIDED IS:**

3640 Royal South Parkway, Atlanta GA 30349

**UNDELIVERABLE ADDRESS:** Kenia Espinosa
**Reason Undeliverable:** Incomplete address
**THE UPDATED ADDRESS PROVIDED IS:**

500 North Union Ave, Cranford, NJ 07016

**UNDELIVERABLE ADDRESS:** One-half interest in 1997 Cruser Cabin Fiberglass
**Reason Undeliverable:** Incomplete address
**THE UPDATED ADDRESS PROVIDED IS:**

1

_____    ___1/9/13_____
Signature of Debtor or Debtor's Attorney         Date

The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.